# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Southern Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 03 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

James T. Bennett
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

SEE ATTAched
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:22cv270 TBM-RPM
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: James T. Bennett
Street Address: 1315 37th Ave
City and County: Gulfport
State and Zip Code: MS 39501
Telephone Number: 228-223-2114
E-mail Address: bennett.james57@yahoo.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 8

Defendant No. 1
Name: Memorial Hospital at Gulfport
Job or Title (if known): Kent G. Nicaud Through its President + CEO
Street Address: 4500 Thirteenth St.
City and County: Gulfport
State and Zip Code: MS 39501
Telephone Number: 228-867-4000
E-mail Address (if known):

Defendant No. 2
Name: Myron S. McCoo
Job or Title (if known): JD Vice President, HR
Street Address: 4500 Thirteenth St.
City and County: Gulfport
State and Zip Code: MS 39501
Telephone Number: 228-867-4000
E-mail Address (if known):

Defendant No. 3
Name: Shona Reeves
Job or Title (if known): HR Manager
Street Address: 4500 Thirteenth St.
City and County: Gulfport
State and Zip Code: MS 39501
Telephone Number: 228-867-4000
E-mail Address (if known):

Defendant No. 4
Name: Amberely Bostwick
Job or Title (if known): HR Business Partner
Street Address: 4500 Thirteenth St.
City and County: Gulfport
State and Zip Code: MS 39501
Telephone Number: 228-867-4000
E-mail Address (if known):

Defendant No. 5
  Name: TONY ALVES
  Job or Title (if known): MSHRM, Director of HR
  Street Address: 4500 Thirteenth ST.
  City and County: GULFPORT
  State and Zip Code: MS 39501
  Telephone Number: 228-867-4000
  E-mail Address (if known):

Defendant No. 6
  Name: ANTON COOPER
  Job or Title (if known): Director of Security
  Street Address: 4500 Thirteenth ST.
  City and County: GULFPORT
  State and Zip Code: MS 39501
  Telephone Number: 228-867-4000
  E-mail Address (if known):

Defendant No. 7
  Name: Norman POPE
  Job or Title (if known): LT Supervisor of Security
  Street Address: 4500 Thirteenth ST.
  City and County: GULFPORT
  State and Zip Code: MS 39501
  Telephone Number: 228-867-4000
  E-mail Address (if known):

Defendant No. 8
  Name: Lester Bennett
  Job or Title (if known): Former Security Manager
  Street Address: 4500 Thirteenth ST.
  City and County: GULFPORT
  State and Zip Code: MS 39501
  Telephone Number: 228-867-4000
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_TITLE VII of the civil Rights Act of 1964_

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _James T. Bennett_, is a citizen of the State of *(name)* _Mississippi_.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* __memorial Hospital__, is incorporated under the laws of the State of *(name)* __mississippi__, and has its principal place of business in the State of *(name)* __mississippi__.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

__Notice of Right to sue letter dated 12 July 2022__

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__SEE Attached__

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

__SEE Attached__

### III. Statement of Claim

Defendant No. 1 - **Kent G. Nicaud**, President and Chief Executive Officer
Wrongful termination effective 19 May 2022, due to race. Denied due process, retaliation, harassment, created hostile work environment, failure to promote. Totally disregarded my letter dated 24 May 2022.

Defendant No. 2 – **Myron S. McCoo**, JD Vice President, Human Resources
Spoke with Mr. McCoo on or about Jan-Feb 2022, concerning being harassed by Security Dept. failing to be promoted, being discriminated against and fearing retaliation. Shortly after, wrongful termination effective 19 May 2022 and denied due process. Totally disregarded my letter dated 27 May 2022.

Defendant No. 3 – **Shona Reeves**, Human Resources Manager
Wrongful termination effective 19 May 2022. Failure to investigate bogus alleged allegations. Denied due process.

Defendant No. 4 – **Amberely Bostwick**, Human Resources Business Partner
Wrongful termination effective 19 May 2022. Failure to investigate bogus alleged allegations. Denied due process. Sent Ms Bostwick, letter dated 31 May 2022 and still was denied process.

Defendant No. 5 – **Tony Alves**, Director of Human Resource
Wrongful termination effective 19 May 2022. Failure to investigate bogus alleged allegation. Denied due process.

Defendant No. 6 – **Anton Cooper**, Director of Security Department
Failed to properly conduct a thorough investigation on a bogus allege allegation. Denied due process and was wrongfully terminated effective 19 May 2022.

Defendant No. 7 – **Norman Pope**, Lieutenant Supervisor of Security Department
He initiated the false allege allegation, forced individuals to conjured up false statements. Allege accuser made a racial slur comment "fucking Nigger" and accuser was never disciplined. Denied due process and this caused the onslaught of my demise....leading to wrongful termination.

Defendant No. 8 – **Lester Bennett**, Former, Security Manager
Glyn Gilbert (former Sgt with Security Dept) stated that Lester Bennett instructed all supervisors to document all my comings and goings, being stalked on cameras. Mr. L. Bennett stated as long as he is in charged, I will never be promoted and he passed that message onto Norman Pope. Norman Pope carried out his message after Mr. L. Bennett retired.

## IV. Relief

Compensatory damages - for mental anguish, emotional distress, humiliation, inconvenience, loss of enjoyment of life, pain and suffering, loss of earnings with interest and including overtime. Seeking $300,000

Punitive damages – malicious and or reckless act of discrimination, illegal conduct and intentional infliction of emotional distress. Seeking $1,700,000.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-03-2022

Signature of Plaintiff: *[signed] Bennett*

Printed Name of Plaintiff: James T. Bennett

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____